■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORY SHAMBLEE, Appellant. [812 NYS2d 930]—Judgment, Supreme

Court, Bronx County (Darcel Clark, J.), rendered on or about October 13, 2004, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Marlow, Gonzalez, Catterson and Malone, JJ.